DUVALL *v.* MATTHEWS *et al.*

HOLDEN, J.   Under the pleading and the evidence, there was no error in refusing an interlocutory injunction; especially as the sale sought to be enjoined was under the foreclosure of a mortgage given to secure a note of which the plaintiff in error was one of the makers, and which had matured and been sued to judgment.

> *Judgment affirmed.  Beck, J., absent.  The other Justices concur.*
> AUGUST 22, 1911.

Petition for injunction.  Before Judge Bell.  Fulton superior court.  March 23, 1911.

*Robert P. Jones,* for plaintiff.

*Etheridge & Etheridge,* for defendants.

---

NEW *v.* SOUTHERN RAILWAY COMPANY.

HOLDEN, J.   Where a verdict is not demanded by the law and the evidence, the first grant of a new trial will not be disturbed; and in such a case, where the presiding judge specifies in his order granting a new trial that the same is granted solely on a named ground of the motion for a new trial, wherein complaint is made that the court erred in a specified charge given the jury, this court will not determine whether or not there was error in such charge.   Civil Code (1910), § 6204; *Van Giesen* v. *Queen Insurance Co.,* 132 *Ga.* 515 (64 S. E. 456); *Williams* v. *Brogdon,* 133 *Ga.* 691 (66 S. E. 788). ·

> *Judgment affirmed.  Beck, J., absent.  The other Justices concur.*
> AUGUST 22, 1911.

Action for damages.  Before Judge Roan.  DeKalb superior court.  November 12, 1910.

*A. M. Brand,* for plaintiff.

*McDaniel, Alston & Black,* for defendant.